[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Crystal Diamond Herman

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Dr. Rose Stocker

Dr. Tarek S. Horb

UW Health

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**RECEIVED**

OCT 30 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: ___24· 50438___
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.    **Plaintiff(s):**

    A.    Name: Crystal Diamond Herman

    B.    List all aliases: N/A

    C.    Prisoner identification number: N/A

    D.    Place of present confinement: N/A

    E.    Address: 5047 Linden Rd #6209 Rockford, IL, 61109

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Rose Stocker

        Title: MD

        Place of Employment: UW Health

    B.    Defendant: Tarek S. Harb

        Title: MD

        Place of Employment: UW Health

    C.    Defendant: UW Health

        Title: UWNI Patient Relations Department

        Place of Employment: 1401 E. State Street Rockford, IL, 61104

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _24- 50431_

B. Approximate date of filing lawsuit: _10/24/2024_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Crystal D. Herman_

D. List all defendants: _Omni LLC, Buckingham Crestview Apt, LLC_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District_

F. Name of judge to whom case was assigned: _N/A_

G. Basic claim made: _N/A_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

For the last 7yrs I've been abuse, mistreated, sexual assulted, Hippa Broken and over medicated and fake mental Health put on me. Rose Stocker has been my MD for over 12 yrs, I thought I was in Great Hands, but I was'nt. I was given Bad medicines that hurt me, never to help me. Rose Stocker gave me a depo-shot which made me Bleed to death and had to get histerectomy, by Dr. Harb in 2017 1st visit at that time I was a 39yrs Virgin, at that appt had to get 2 pap smears, cause "he" Dr. Harb couldn't beleive I was a Virgin and stated He knows why I don't like men they stink", which I did tell him nothing but I'm a Virgin, and he used Biggest tool and said he was sorry that I was a Virgin, everytime I went I had to get pap smear. Dr. Harb was sexual and I told Rose Stocker and she said he couldn't do that to me, told her I feel like he raped me Everytime I went to office, cause of Fake Mental Health. Everyone in the whole office heard me scream, and

4                                                                                Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

nurse wipe my tears, Rose Stoker alway refer me to Evil doctors that hurt me, over medicated me or did whatever they wanted to do to me. I'm disable Lupus 35yrs on 4-11-24 my Nephrology took the "Fake Mental Health off my Record, and Now I can tell my story. For the last 7yrs they got away trying to Kill me and nobody listen to me, But God saved mylife they even refused me Mental Health I left town cause I got tried of Everyone saying take your medicine, which was hurting my Kidney. Rose Stoker had me on almost 40-50 pills a day, I've gotten worst under her Care, just went to Nephrology 10-15-24 showed him medicine Rose Stoker put me on for "Fungas and he Stated "he wouldn't take it if he had a toe fagns, but she gave me 3 refills knowing it was No good. She Rose Stoke got upset when my Nephrology te fake mental health off, hasn't seen me sicnce and was sick on my appt. May 1, 2024. Now I'm a 41y/o Virgin and want to have a Baby and can't cause they don't know what they did and what I got done. Rose Stoke has Blocked me from Health Care, I get put out off Hospital cause I put Physician abuse on there. And I had to get it done on 40th Birthday, Weird!

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.   Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Make them ~~see~~ pay me for what they did. For the Lost 7yrs I had to always go to the Board, couldn't get Lawyer with money or not.

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __16__ day of __30__, 20__24__

_Cyrstal Diamond Herman_
(Signature of plaintiff or plaintiffs)

_Crystal Diamond Herman_
(Print name)

_____
(I.D. Number)

_____

_5041 Linden Rd #6209 Rockford, IL, 61109_
(Address)

6

Revised 9/2007.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]